VERNON J. LEFTRIDGE *v.* ADMINISTRATOR,
UNEMPLOYMENT COMPENSATION
ACT, ET AL.
(AC 19149)

O'Connell, C. J., and Spear and Mihalakos, Js.

Submitted on briefs November 3—officially released November 30, 1999

Per Curiam. The judgment is affirmed.

CONSTANTINE MORANT *v.* FIRST NATIONAL
SUPERMARKETS, INC., ET AL.
(AC 18907)

O'Connell, C. J., and Hennessy and Dupont, Js.

Argued November 2—officially released November 30, 1999

Per Curiam. The judgment is affirmed.

LORRAINE MIKOLINSKI *v.* VALLEY VIEW JOINT
VENTURE ET AL.
(AC 18804)

Lavery, Landau and Spear, Js.

Argued October 28—officially released November 30, 1999

Per Curiam. The judgment is affirmed.